UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 417-112
)
JAMES CLIFTION WARD )

## ORDER

The above-captioned case is now before the Court on the Government's Motion to Amend/Strike Typographical Error In Indictment. The Government seeks to correct the spelling of Defendant Ward's middle name pursuant to Rule 7(c)(2) of the Federal Rules of Criminal Procedure.

Upon consideration, the motion is **GRANTED**. The spelling of Defendant Ward's name shall be changed in the record from James Clifford Ward to James Cliftion Ward. The Clerk of Court is **DIRECTED** to make the correction in the electronic court filing system.

SO ORDERED this 12 day of January, 2018.

HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA